DAVID L. PERRAULT
JENNIFER S. McGEORGE
HARDY ERICH BROWN & WILSON
1000 G STREET, SUITE 200
SACRAMENTO, CA, 95814
(916) 449-3800
SBN#67109
Attorney Identification
(include State Bar number)

**FILED**

NOV 30 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney(s) for: DEFENDANT FOREST MEADOWS
OWNERS ASSOCIATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPENTER )<br>)<br>Plaintiff(s) )<br>)<br>v. )<br>FOREST MEADOWS OWNERS ASSOCIATION )<br>)<br>Defendant(s) )<br>)<br>) | NO. CIV. S- 1:09-CV-01918-LJO-DLB<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program..

DATED: NOVEMBER 17, 2009

/s/ Lawrance A. Bohm
Attorney(s) for Plaintiff(s)
LAWRANCE A. BOHM

/s/ Jennifer S. McGeorge
Attorney(s) for Defendant(s)
JENNIFER S. McGEORGE

IT IS SO ORDERED.

DATED: Nov 30, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

Revised. 3/30/01

EDC-16