DAVID L. PERRAULT, #67109
JENNIFER S. MCGEORGE, #221679
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800  ●  Fax (916) 449-3888

Attorneys for Defendant Forest Meadows Owners Association

LAWRANCE A. BOHM, #208716
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA   95834
(916) 927-5574  ●  Fax (916) 927-2046

ERIKA M. GASPAR, #238117
**LAW OFFICE OF ERIKA M. GASPAR**
8880 Cal Center Drive, Suite 400
Sacramento, CA 95826
(916) 361-6505
(916) 361-6515

GREGORY R. DAVENPORT, #154403
**LAW OFFICES OF GREGORY R. DAVENPORT**
3439 Brookside Road, Suite 205
Stockton, CA 95219
Telephone: (209) 955-1999
Facsimile: (209) 475-4951

Attorneys for Plaintiff Michelle Carpenter

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPENTER , <br><br> Plaintiff, <br><br> v. <br><br> FORREST MEADOWS OWNERS ASSOCIATION; and DOES 1-100 inclusive , <br><br> Defendants. | Case No.  1:09-CV-01918 DLB <br><br> **JOINT STIPULATION TO EXTEND NON-EXPERT AND EXPERT DISCOVERY DEADLINES FOR LIMITED PURPOSES** |

HARDY
ERICH
BROWN
&
WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

# I.  STIPULATION

The parties to the above-entitled action, by and through their counsel, do hereby stipulate to extend the non-expert discovery deadline from December 10, 2010 to December 15, 2010 for the limited purpose of completing the noticed deposition of Liberty Smith. The continuance of the non-expert discovery deadline is requested because despite best efforts, the parties are unable to schedule Ms. Smith's deposition prior to the discovery deadline of December 10, 2010 due to availability of the witness and counsel.

The parties further stipulate to extend expert disclosure deadlines by four (4) business days for each party, as follows:

**Plaintiff:**     From November 22, 2010 to November 30, 2010

**Defendant:**   From December 10, 2010 to December 16, 2010

The continuance of the expert disclosure deadline(s) is requested because despite best efforts, the parties are unable to make all appropriate disclosures prior to their respective deadlines due to the schedules of the experts and counsel.

Moreover, in accordance with the aforementioned stipulated extension of time for expert disclosure by both parties, the parties do hereby stipulate to likewise extend the expert discovery deadline as well as the non-dispositive motion deadline from January 21, 2011 to January 27, 2011.

All other deadlines are to remain intact.

# II.  EXISTENCE OF GOOD CAUSE

Good cause exists for the requested continuance(s) in view of important calendar conflicts of both witnesses and counsel, and the parties' inability to complete all non-expert and expert discovery prior to the current deadline(s).

Specifically, Plaintiff's counsel noticed the deposition of Liberty Smith prior to the December 10, 2010 deadline.  (Bohm Decl.¶ 2; McGeorge Dec. ¶ 2).  Ms. Smith was unavailable to attend her scheduled deposition due to a death in her family.  (McGeorge Decl. ¶ 3; Bohm Dec. ¶ 3).   Due to the scheduling of other depositions in this case, the

H A R D Y
E R I C H
B R O W N
W I L S O N
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

JOINT STIPULATION TO EXTEND
NON-EXPERT AND EXPERT DISCOVERY

respective schedules of counsel for the parties, and to allow for an appropriate bereavement period for Ms. Smith, Ms. Smith's deposition cannot be completed prior to the non-expert discovery deadline of December 10, 2010.  (McGeorge Decl. ¶ 4; Bohm Decl. ¶4).

Moreover, due to the schedule of Plaintiff's expert witness, a brief extension of the expert disclosure deadline is necessary to allow sufficient time to complete and submit the required expert report.  (Bohm Decl. ¶ 5).   A corresponding extension of time for the defense's expert witness disclosure is therefore requested, in the interest of fairness, such that each side has an equivalent extension. (McGeorge Decl. ¶ 5; Bohm Decl. ¶ 5).

Finally, good cause exists to extend the expert discovery and non-dispositive motion deadlines in accordance with the extension(s) outlined above, to ensure sufficient time to complete expert discovery and depositions, and to file any non-dispositive motions, if necessary. (McGeorge Decl. ¶ 6; Bohm Decl. ¶ 6).

For these reasons, all counsel for the parties believe that the interests of justice and efficiency would be served by an Order granting the requested continuance(s).


IT IS SO STIPULATED.


Dated: November 29, 2010          DAVID L. PERRAULT
                                  JENNIFER S. MCGEORGE
                                  HARDY ERICH BROWN & WILSON

                                  By   /s/ Jennifer S. McGeorge
                                       Attorneys for Defendant
                                       FOREST MEADOWS OWNERS ASSOCIATION


Dated: November 29, 2010          LAWRANCE A. BOHM
                                  BOHM LAW GROUP

                                  By   /s/ Lawrance A. Bohm
                                       Attorneys for Plaintiff
                                       MICHELLE CARPENTER

///

H A R D Y
E R I C H
B R O W N
W I L S O N
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

Dated: November 29, 2010          ERIKA M. GASPAR
                                  LAW OFFICES OF ERIKA M. GASPAR

                                  By    /s/ Erika M. Gaspar
                                        Attorneys for Plaintiff
                                        MICHELLE CARPENTER

Dated: November 29, 2010          GREGORY R. DAVENPORT
                                  LAW OFFICES OF GREGORY R. DAVENPORT

                                  By    /s/ Gregory R. Davenport
                                        Attorneys for Plaintiff
                                        MICHELLE CARPENTER

H A R D Y
E R I C H
B R O W N
&
W I L S O N
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

## ORDER

Based upon the stipulation of the parties and good cause appearing, the Court orders the following:

1.      The deadline for completion of non-expert discovery shall be continued from December 10, 2010 to **December 15, 2010** for the limited purpose of taking the deposition of Liberty Smith;

2.      The expert disclosure deadlines shall be continued by four (4) business days for each party, as follows:

Plaintiff:      From November 22, 2010 to **November 30, 2010**

Defendant:    From December 10, 2010 to **December 16, 2010**

3.      The expert discovery and non-dispositive motion deadline shall be extended by four (4) business days, from January 21, 2011 to **January 27, 2011**.

IT IS SO ORDERED.

Dated:   **December 1, 2010**            /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE

HARDY
ERICH
BROWN &
WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

JOINT STIPULATION TO EXTEND
NON-EXPERT AND EXPERT DISCOVERY