1  DAVID L. PERRAULT, #67109
2  JENNIFER S. MCGEORGE, #221679
   RYAN A. BUCKLEY, #230878
3  **HARDY ERICH BROWN & WILSON**
   A Professional Law Corporation
4  1000 G Street, 2nd Floor
   Sacramento, California 95814
5  P.O. Box 13530
   Sacramento, California 95853-3530
6  (916) 449-3800  ●  Fax (916) 449-3888

7  Attorneys for Defendant Forest Meadows Owners Association

8                    IN THE UNITED STATES DISTRICT COURT

9                    IN AND FOR THE EASTERN DISTRICT

10

11 MICHELLE CARPENTER,                    Case No. 1:09-CV-01918-DLB

12         Plaintiff,                     ORDER SHORTENING TIME FOR
                                          HEARING ON DEFENDANT'S
13     v.                                 MOTION TO COMPEL FURTHER
                                          RESPONSES TO
14 FORREST MEADOWS OWNERS                 INTERROGATORIES
   ASSOCIATION; and DOES 1-100 inclusive,
15                                        Date:    February 11, 2011
           Defendants.                    Time:    9:00 a.m.
16                                        Dept:    9
                                          Judge:   Beck
17                                        Trial Date: May 10, 2011

18

19     Defendant's Ex Parte Application for Order Shortening Time for hearing on
20 defendant's Motion to Compel Further Responses to Interrogatories is hereby
21 GRANTED. The hearing on said motion shall occur on February 11, 2011, at 9:00 a.m.
22 The parties' Joint Statement Re Discovery Disagreement shall be filed on or before
23 February 4, 2011. Filing and service of the Motion and Notice of Motion shall be made
24 on or before the Court-approved stipulated deadline of January 27, 2011.
25
26 Dated: January 27, 2011.          /s/ Dennis L. Beck
                                     The Honorable Dennis L. Beck
27                                   United States Magistrate Judge
28



1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

k:\dlb\to_be_signed\09cv1918.exparteorder.carpenter.docx | 1 | ORDER ON ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES