Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate, Suite 210
Sacramento, CA  95834
Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056

Gregory R. Davenport (SBN 154403)
**THE LAW OFFICES OF GREGORY R. DAVENPORT**
3031 West March Lane, Suite 334 East
Stockton, California 95219
Telephone: (209) 955-1999
Facsimile: (209) 475-4951

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
Telephone:  (916) 749-0278
Facsimile:  (916) 647-0535


Attorneys for Plaintiff
MICHELLE CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPENTER,<br><br>                Plaintiff,<br><br>     v.<br><br>FOREST MEADOWS OWNERS ASSOCIATION; and DOES 1-100, inclusive,<br><br>                Defendant. | Case No. 1:09-CV-01918-DLB<br><br>**JOINT STIPULATION TO CONTINUE DATE OF TRIAL AND MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER; PROPOSED ORDER** |

- 1 –

CARPENTER  v. FOREST MEADOWS OWNERS ASSOCIATION
Case No. 1:09-CV-01918-LJO-DLB

Joint Stipulation to Continue Date of Trial
and Modify the Status (Pretrial Scheduling)
Order; Proposed Order

Plaintiff Michelle Carpenter, ("Plaintiff"), by and through her attorneys of record Lawrance Bohm, Esq., Erika Gaspar, Esq. and Gregory Davenport, Esq., and Defendant Forest Meadows Owners Association by and through their attorneys of record David L. Perrault, Esq. and Jennifer McGeorge, Esq., stipulate to continue date of trial currently set for May 10, 2011 to August 2, 2011.  Defendant's stipulation to this new trial date is conditioned on the new trial date being "firm."   Plaintiff does not object to this condition barring complications with Ms. Carpenter's pregnancy.

## I.   EXISTENCE OF GOOD CAUSE

1. Good cause exists for the requested continuance in view of the fact that Plaintiff who is pregnant with twins has recently been informed that her due date for delivery falls within the time trial in her matter is scheduled to proceed.  Specifically, Plaintiff's window of expected delivery is from April 16, 2011 - July 11, 2011; she is cleared to attend trial eight weeks after delivery of the twins.  She was recently informed by her doctor that barring any complications she would be able to attend trial by August 2, 2011. (A true and correct copy of the Declaration of Michelle Carpenter is attached hereto as Exhibit A.)

2. Further, neither party would be prejudiced by modifications to the Status Scheduling Order.

## II.   STIPULATION

For the foregoing reasons, the parties to this action *HEREBY STIPULATE AS FOLLOWS*:

- 2 –

CARPENTER  v. FOREST MEADOWS
OWNERS ASSOCIATION
Case No. 1:09-CV-01918-LJO-DLB

Joint Stipulation to Continue Date of Trial
and Modify the Status (Pretrial Scheduling)
Order; Proposed Order

1. That the trial should be continued from May 10, 2011 to August, 2011 and be set for a minimum of 10-12 days.

2. That the following modifications be made to the Status Order:

| **Previous Date:** | **New Date** |
|---|---|
| April 13, 2011 – Deadline for filing Joint Pretrial Statement | June 10, 2011 |
| April 1, 2011 - Final Pretrial Conference | June 17, 2011 |
| May 10, 2011 - Trial | August 2, 2011 |

**IT IS SO STIPULATED.**

BOHM LAW GROUP

Dated: March 14, 2011       By:    /s/ Lawrance A. Bohm
                                          LAWRANCE A. BOHM
                                          Attorney for Plaintiff
                                          MICHELLE CARPENTER


Dated: March 14, 2011       By:    /s/ Erika M. Gaspar
                                          ERIKA M. GASPAR
                                          Attorney for Plaintiff
                                          MICHELLE CARPENTER


Dated: March 14, 2011       By:    /s/ Gregory R. Davenport
                                          GREGORY R. DAVENPORT
                                          Attorney for Plaintiff
                                          MICHELLE CARPENTER

- 3 –

CARPENTER  v. FOREST MEADOWS
OWNERS ASSOCIATION
Case No. 1:09-CV-01918-LJO-DLB

Joint Stipulation to Continue Date of Trial
and Modify the Status (Pretrial Scheduling)
Order; Proposed Order

| | |
|---|---|
| Dated: March 14, 2011 | By:  /s/ Jennifer McGeorge (authorized 03/10/11) |
| | JENNIFER S. MCGEORGE, ESQ. (SBN: 221679) |
| | Attorney for Defendant |
| | FOREST MEADOWS OWNERS ASSOCIATION |

## **ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders the following:

1. The Trial in this matter currently set for May 10, 2011 shall be continued to August 2, 2011.

2. All other dates set herein shall become effective.

IT IS SO ORDERED.

Dated:  **March 14, 2011**                              /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

- 4 –

CARPENTER v. FOREST MEADOWS OWNERS ASSOCIATION
Case No. 1:09-CV-01918-LJO-DLB

Joint Stipulation to Continue Date of Trial and Modify the Status (Pretrial Scheduling) Order; Proposed Order