

FILED
AUG 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPENTER, | Case No. 1:09-cv-01918 JLT |
| Plaintiff, | |
| vs. | SPECIAL VERDICT |
| FOREST MEADOWS OWNERS ASSOCIATION, et al., | |
| Defendants. | |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**Question No. 1:**

Was Michelle Carpenter's military service a motivating factor in Forest Meadows Owners Association's decision to terminate her employment?

Answer:    Yes  ✓    No  ____

If you answered "Yes" to Question No. 1, proceed to Question No. 2.

If you answered "No" to Question No. 1, sign, date and return the verdict form.

**Question No. 2:**

Would Forest Meadows Owners Association have terminated Michelle Carpenter's employment for legitimate, nondiscriminatory reasons, without regard for her military service?

Answer:    Yes  ✓    No  ____

If you answered "Yes" to Question No. 2, sign, date, and return the verdict form.

If you answered "No" to Question No. 2, proceed to Question No. 3.

**Question No. 3:**

Did Forest Meadows Owners Association act willfully in discriminating against Michelle Carpenter based upon her military service?

Answer:    Yes  ____    No  ____

Proceed to Question No. 4.

2

**Question No. 4:**

Did Defendant Forest Meadows Owners Association act with malice, oppression, or fraud in discriminating against Michelle Carpenter based upon her military service?

Answer:    Yes _____    No _____

Proceed to Question No. 5.

**Question No. 5:**

Did Michelle Carpenter fail to mitigate her damages?

Answer:    Yes _____    No _____

Proceed to Question No. 6.

**Question No. 6:**

What amount of wages, if any, did Michelle Carpenter lose due to her unlawful termination?

$ _____

Proceed to Question No. 7.

3

**Question No. 7:**

Did Michelle Carpenter suffer emotional distress as a result of her unlawful termination?

Answer:     Yes _____     No _____

If you answered "Yes" to Question No. 7 proceed to Question No. 8.

If you answered "No" to Question No. 7, sign, date and return the verdict form.

**Question No. 8:**

What amount would compensate Michelle Carpenter for the emotional distress she suffered as a result of her unlawful termination?

$ _____

Sign, date, and return the verdict form.

DATED: August 10, 2011

_____
FOREPERSON

4